ANNA HORNBACH, PLAINTIFF-PETITIONER, v. CITIES SERVICE OIL COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Piarulli & Vittori* for the petitioner.

*Mr. John W. Taylor* and *Mr. Fred R. Daniels* for the respondent.

January 13, 1970. Denied.

SECUNDIO DEL RIO, PLAINTIFF-PETITIONER, v. DAVAL HANDBAGS, INC., DEFENDANT-RESPONDENT.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

January 13, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY CLARK, DEFENDANT-PETITIONER.

*Mr. Harry Clark in propria persona.*

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

January 13, 1970. Denied.